UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BPP, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:20-cv-00112-RWS |
| PURAGRAFT, LLC d/b/a PURAGRAFT, | ) |
|     Defendant. | ) |

*So Ordered*
*[Signed] RWS*
*2/26/2020*

## DISMISSAL WITH PREJUDICE

Plaintiff BPP, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, dismisses this action with prejudice, with all parties to bear their own costs and attorneys' fees.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
    Ronald J. Eisenberg, #48674MO
    Robert Schultz, #35329MO
    640 Cepi Drive, Suite A
    Chesterfield, MO 63005
    636-537-4645
    Fax: 636-537-2599
    reisenberg@sl-lawyers.com
    rschultz@sl-lawyers.com

*Attorneys for Plaintiff*